*E-FILED ON 3/9/06*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation, and WELDON-OWEN, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PARRAGON BOOK SERVICE LTD., a British corporation,<br><br>　　　　　　　Defendant. | Case No. C-05-04662 HRL<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL |

　　　Pursuant to Plaintiffs' request, this matter is dismissed without prejudice or any award of costs, provided, however, that if any party certifies within 45 days of this order that the parties' tentative settlement has not been finalized, this order shall be vacated.

APPROVED:

Dated: March __9__, 2006　　　　By:_____
　　　　　　　　　　　　　　　　　　Honorable Magistrate Judge Howard R. Lloyd
　　　　　　　　　　　　　　　　　　United States District Court, Northern District of California

60718520 v1